IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA LEE BRAUN  : CIVIL ACTION
:
v. :
:
:
BETTY GONZALES : NO. 13-3183
EUCLIDES NUNEZ, SR. :

FILED
JUN 18 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 17th day of June, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and her complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is dismissed for the reasons discussed in the Court's Memorandum.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*/s/ James Knoll Gardner*
JAMES KNOLL GARDNER, J.